A.2d 210 (1970). Accordingly plaintiff's appeal is hereby dismissed.

BEVILACQUA, C.J., did not participate.

---

**Frank A. BESTWICK III**

v.

**GUILL TECHNOLOGY.**

No. 85–377–M.P.

Supreme Court of Rhode Island.
Oct. 16, 1985.

Raul L. Lovett, Marc B. Gursky, Lovett, Morgera, Schefrin & Gallogly, Ltd., Providence, for petitioner.

Robert K. Argentieri, Carroll Kelly & Murphy, Providence, for respondent.

**ORDER**

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.

---

**Nancy J. GASCHEN**

v.

**ZONING BOARD OF REVIEW OF the TOWN OF CUMBERLAND.**

No. 85–332–M.P.

Supreme Court of Rhode Island.
Oct. 16, 1985.

Nancy J. Gaschen, Pawtucket, for petitioner.

Thomas F. Almeida, Capineri & Crowley, Pawtucket, for respondent.

**ORDER**

Plaintiff has appealed a Superior Court judgment in a zoning case. Such judgments are only reviewable in this court by common law certiorari. *Bassi v. Zoning Board of Providence,* 107 R.I. 702, 271

---

**Robert GRAY**

v.

**WASHBURN WIRE COMPANY.**

No. 85–371–M.P.

Supreme Court of Rhode Island.
Oct. 16, 1985.

Stephen M. Rappoport, Slepkow, Slepkow & Rappoport, Providence, for petitioner.

Howard L. Feldman, Chishold & Feldman, Providence, for respondent.

**ORDER**

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.